```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE DUNCAN, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

ROBERTO COIN, INC.,

                Defendant.

Case No. 18-cv-06079 (PAE)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear their own fees and costs.

Dated: ~~September~~ October 9, 2018
       New York, New York

COHEN & MIZRAHI LLP

_____
Joseph H. Mizrahi, Esq.
300 Cadman Plaza West
12th Floor
Brooklyn, NY 11201
Phone: 929.575.4175
Fax: 929.575-4195
Joseph@cml.legal
Attorneys for Plaintiff

MORRISON COHEN LLP

_____
Fred H. Perkins
909 Third Avenue
New York, New York 10022
212.735.8647
Fhperkins@Morrisoncohen.com
Attorneys for Defendant

10/11/18

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

#8122083 v1 \016644 \0010